**Order filed June 26, 2014**



In The

# Fourteenth Court of Appeals

### NO. 14-13-00657-CR
_____

### DANIEL MARRITT STALEY, Appellant

### V.

### THE STATE OF TEXAS, Appellee

**On Appeal from the 252nd District Court
Jefferson County, Texas
Trial Court Cause No. 08-04858**

### ORDER

This court has determined, pursuant to Texas Rule of Appellate Procedure 34.5(f) and 34.6(g)(2), that it must inspect the original of **Court's Exhibits #1, #2 and #3 from the hearing on the Motion to Revoke Probation, Plea of True, and Sentencing held on April 22, 2013.**

The clerk of the 252nd District Court is directed to deliver to the Clerk of this court the original of Court's Exhibits #1, #2 and #3 from the hearing on the Motion to Revoke Probation, Plea of True, and Sentencing held on April 22, 2013, on or before **July 10, 2014.** The Clerk of this court is directed to receive, maintain, and keep safe this original exhibit; to deliver it to the justices of this court for their inspection; and, upon completion of inspection, to return the

original of Court's Exhibits #1, #2 and #3 from the hearing on the Motion to Revoke Probation, Plea of True, and Sentencing held on April 22, 2013, to the clerk of the 252nd District Court.


PER CURIAM